**Order entered January 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00486-CR

**JOSE MAYA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-34710-T**

## ORDER

Appellant's December 31, 2014 motion to accept the brief tendered is **GRANTED**.

Appellant's brief received by the Clerk of the Court on December 31, 2014 is **DEEMED** timely

filed on the date of this order.

/s/    LANA MYERS
        JUSTICE